**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

NAZELINE LIBRUN and JEAN-HENRIQUEZ
LIBRUN,

                Plaintiffs,

-vs-                                             Case No.  2:08-cv-881-FtM-36SPC

FORT MYERS COUNTY SHERIFFS OFFICE,
FORT MYERS PROSECUTOR STATE
ATTORNEY OFFICE, FORT MYERS PUBLIC
DEFENDER OFFICE, STATE OF FLORIDA,
LAW OFFICE OF ATTORNEY BRENNER,
MARIE DOE, and CLERK CIRCUIT COURT,

                Defendants.
_____/

**ORDER**

      This matter comes before the Court upon periodic review of the file.  The Court entered an Order granting Plaintiff's Motion to Reopen and for Reconsideration (Doc. #11) and a Notice of Case Reassignment (Doc. #12) on September 21, 2010.  The address Plaintiff, Jean-Henriquez Librun, provided is no longer valid and mail from the Court has been returned to the Court marked "undeliverable."  See Doc. entry October 04, 2010.

      By neglecting to keep the Court informed of his current address, Jean-Henriquez Librun, has failed to prosecute this action.  A case cannot, however, be allowed to linger on the Court's docket indefinitely.  Local Rule 3.10(a) (M.D. Fla.) Provides that "[w]henever it appears that any case is not being diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution."  The Court finds an Order to Show

Cause is appropriate, and failure of Jean-Henriquez Librun to comply with the order will result in dismissal of the action.

Accordingly, it is now

**ORDERED:**

Plaintiff, Jean-Henriquez Librun, shall show cause **on or before October 22, 2010**, why this action should not be dismissed for Plaintiff's failure to prosecute his action. Failure to comply with this order will result in the dismissal of this action without further notice.

**DONE AND ORDERED** at Fort Myers, Florida, this ___6th___ day of October, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record