**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

NAZELINE LIBRUN and JEAN-HENRIQUEZ
LIBRUN,

        Plaintiffs,

v.                                   CASE NO. 2:08-CV-881-FtM-36SPC

FORT MYERS COUNTY SHERIFFS OFFICE,
FOR MYERS PROSECUTOR STATE
ATTORNEY OFFICE, FORT MYERS PUBLIC
DEFENDER OFFICE, STATE OF FLORIDA,
LAW OFFICE OF ATTORNEY BRENNER,
MARIE DOE, and CLERK CIRCUIT COURT,

        Defendants.

_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by

United States Magistrate Judge Sheri Chappell on October 25, 2010 (Dkt. 15) recommending that

the Court dismiss this action for Plaintiffs' failure to prosecute.  *See* M.D. Fla. Local R. 3.01(a); *see*

*also* Fed. R. Civ. P. 41(b). No parties have filed objections to this Report and the time to do so has

now expired.[1]

    After careful consideration of the Report and Recommendation of the Magistrate Judge in

conjunction with an independent examination of the court file, the Court is of the opinion that the

Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all

_____

[1]  Although mailed to the *pro se* litigants, several orders have been returned to the Court as undeliverable when sent to Plaintiff Jean-Henriquez Librun.  *See* Dkt. 12, 13.  Plaintiff Jean-Henriquez Librun has not submitted a current mailing address to the Court.

respects.  The Court finds that Plaintiffs have failed to prosecute their case and dismissal pursuant to Local Rule 3.01(a) and Fed. R. Civ. P. 41(b) is appropriate.

**ACCORDINGLY**, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1)      The Report and Recommendation of the Magistrate Judge (Dkt. 15) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this order for all purposes, including appellate review.

2)      This action is **DISMISSED**.

3)      The clerk is directed to terminate any pending motions/deadlines, dismiss this action, and **CLOSE** this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on November 9, 2010.

Charlene Edwards Honeywell
United States District Judge

COPIES TO:
MAGISTRATE JUDGE SHERI P. CHAPPELL
COUNSEL OF RECORD AND UNREPRESENTED PARTIES